IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Duncan, Karl

Printed: 5/6/08

Case Number: 05 B 36844
Judge: Wedoff, Eugene R
Filed: 9/12/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 20, 2008
Confirmed: October 27, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 19,770.00 |  |
| Secured: |  | 18,730.91 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 1,039.09 |
| Other Funds: |  | 0.00 |
| Totals: | 19,770.00 | 19,770.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Rogers & Hollands Jewelers | Secured | 0.00 | 0.00 |
| 4. | CitiFinancial Auto Credit Inc | Secured | 24,246.34 | 18,730.91 |
| 5. | Resurgent Capital Services | Unsecured | 4,347.80 | 0.00 |
| 6. | Providian National Bank | Unsecured | 2,720.70 | 0.00 |
| 7. | CitiFinancial Auto Credit Inc | Unsecured | 0.74 | 0.00 |
| 8. | B-Real LLC | Unsecured | 4,767.81 | 0.00 |
| 9. | Chase Bank | Unsecured | 4,541.36 | 0.00 |
| 10. | Baker Miller Markoff & Krasny LLC | Unsecured |  | No Claim Filed |
| 11. | First Financial | Unsecured |  | No Claim Filed |
| 12. | Fbcs Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 40,624.75 | $ 18,730.91 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 269.70 |
| 5% | 104.53 |
| 4.8% | 200.27 |
| 5.4% | 464.59 |
|  | $ 1,039.09 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Duncan, Karl

Printed:  5/6/08

Case Number:  05 B 36844
Judge:  Wedoff, Eugene R
Filed:  9/12/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

